1  RAMIRO MORALES, # 167947
   rmorales@mfrlegal.com
2  ELIZABETH CELNIKER, #211652
   ecelniker@mfrlegal.com
3  MORALES FIERRO & REEVES
   2300 Contra Costa Blvd., Suite 310
4  Pleasant Hill, CA 94523
   Telephone: (925) 288-1776
5  Facsimile:  (925) 288-1856

6  Attorneys for Defendant ZURICH
   AMERICAN INSURANCE COMPANY

7

8                    UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11 TAYLOR MORRISON SERVICES,           )  CASE NO.: CV 10-03334
   INC., f/k/a Morrison Homes, Inc., a )
12 Delaware corporation,                )  NOTICE OF REMOVAL OF
                                        )  ACTION UNDER 28 U.S.C. § 1441
13              Plaintiff,              )  (Diversity Jurisdiction under 28
                                        )  U.S.C. § 1332)
14         vs.                          )
                                        )
15 ZURICH AMERICAN INSURANCE           )
   COMPANY, a New York corporation;    )  BY FAX
16 THE CONTINENTAL INSURANCE           )
   COMPANY, a Pennsylvania              )
17 corporation; NATIONAL UNION FIRE    )
   INSURANCE COMPANY OF                 )
18 PITTSBURGH, PA, a Pennsylvania      )
   corporation; AMERICAN                )
19 INTERNATIONAL SPECIALTY             )
   LINES INSURANCE COMPANY, an         )
20 Illinois corporation; MARKEL        )
   AMERICAN INSURANCE                   )
21 COMPANY, a Virginia corporation;    )
   NEW HAMPSHIRE INSURANCE              )
22 COMPANY, a business entity of form  )
   unknown; ACE INSURANCE S.A. –       )
23 N.V., a business entity of form     )
   unknown; and DOES 1-20, inclusive,  )
24                                      )
                Defendants.              )
25

26      TO THE CLERK OF THE ABOVE-REFERENCED COURT:

27      PLEASE TAKE NOTICE THAT Defendant Zurich American Insurance

28 Company ("Zurich"), by and through its counsel Morales Fierro & Reeves, hereby

- 1 -

1  removes to this Court the action pending in the Superior Court of the State of
2  California in and for the County of Los Angeles described below:
3       1.    On February 23, 2010, an action was commenced in the Superior Court
4  of the State of California in and for the County of Los Angeles, entitled *Taylor*
5  *Morrison Services, Inc., f/k/a Morrison Homes, Inc., Plaintiff, vs. Zurich American*
6  *Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA,*
7  *American International Specialty Lines Insurance Company, and Markel American*
8  *Insurance Company, Defendants*, as Case Number BC432515 ("the State Court
9  Action").
10      2.    Prior to service of the State Court Action on any defendant, on or about
11 March 22, 2010, a First Amended Complaint was filed in the State Court Action.
12      3.    Prior to service of the State Court Action on any defendant, on April 5,
13 2010, the Court granted plaintiff leave to file a Second Amended Complaint in the
14 State Court Action. The Second Amended Complaint is captioned *Taylor Morrison*
15 *Services, Inc., f/k/a Morrison Homes, Inc., Plaintiff, vs. Zurich American Insurance*
16 *Company, The Continental Insurance Company, National Union Fire Insurance*
17 *Company of Pittsburgh, PA, American International Specialty Lines Insurance*
18 *Company, Markel American Insurance Company, New Hampshire Insurance*
19 *Company, and ACE Insurance S.A. – N.V., Defendants.*
20      4.    Plaintiff Taylor Morrison Services, Inc. served Zurich with the
21 Summons and Second Amended Complaint in the State Court Action on April 9,
22 2010. The earliest date on which any defendant in the State Court Action was
23 served with the Summons and any complaint in the State Court Action was April 9,
24 2010. All process, pleadings, and orders served upon Zurich are attached hereto as
25 Exhibit "A."
26      5.    The State Court Action is a civil matter of which this Court has
27 jurisdiction pursuant to 28 U.S.C. Sections 1332 and 1441 in that it is a civil action
28 between citizens of different States and between a citizen of a State and a citizen or

subject of a foreign state and the matter in controversy exceeds $75,000, exclusive of interest and costs.

6. Plaintiff Taylor Morrison Services, Inc. is a corporation organized under the laws of the State of Delaware, with its principal place of business in the State of Arizona. This is Plaintiff's allegation in Paragraph 2 of the Second Amended Complaint.

7. The citizenship of all defendants is diverse to that of Plaintiff Taylor Morrison Services, Inc. At the time the State Court Action was filed and at the time of the filing of this Notice of Removal, Zurich is and was a corporation organized under the laws of the State of New York, with its principal place of business in the State of Illinois.

8. At the time the State Court Action was filed and at the time of the filing of this Notice of Removal, Defendant The Continental Insurance Company is and was a corporation organized under the laws of the Commonwealth of Pennsylvania, with its principal place of business in the State of Illinois.

9. At the time the State Court Action was filed and at the time of the filing of this Notice of Removal, Defendant National Union Fire Insurance Company of Pittsburgh, PA is and was a corporation organized under the laws of the Commonwealth of Pennsylvania, with its principal place of business in the State of New York.

10. At the time the State Court Action was filed and at the time of the filing of this Notice of Removal, Defendant American International Specialty Lines Insurance Company, now known as Chartis Specialty Insurance Company, is and was a corporation organized under the laws of the State of Illinois, with its principal place of business in the State of New York.

/ / /

/ / /

/ / /

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441

11. At the time the State Court Action was filed and at the time of the filing of this Notice of Removal, Defendant Markel American Insurance Company is and was a corporation organized under the laws of the Commonwealth of Virginia, with its principal place of business in the State of Wisconsin.

12. At the time the State Court Action was filed and at the time of the filing of this Notice of Removal, Defendant New Hampshire Insurance Company is and was a corporation organized under the laws of the Commonwealth of Pennsylvania, with its principal place of business in the State of New York.

13. At the time the State Court Action was filed and at the time of the filing of this Notice of Removal, Defendant ACE Insurance S.A. – N.V. is a foreign business entity of unknown form, organized under the laws of a foreign country, with its principal place of business in a foreign country.

14. The citizenship of defendants sued under fictitious names is disregarded upon removal. 28 U.S.C. Section 1441(a).

15. None of the defendants is a citizen of the State of California.

16. The amount in controversy in the State Court Action exceeds $75,000, exclusive of interest and costs, because Plaintiff's claims in the State Court Action concern insurance with respect to the underlying class action suit captioned *Nicky Rosa, et al. v. Morrison Homes, Inc., et al.*, Stanislaus, California County Superior Court Case No. 373059 ("the *Rosa* Action"). Plaintiff alleges at Paragraph 53 of the Second Amended Complaint that the *Rosa* Action concerns 437 separate single-family homes and claims for damages in excess of $200,000 per home, or more than $87,400,000.

17. All defendants that have been served in this action either consent to removal or join in removal. Defendants The Continental Insurance Company and Markel American Insurance Company stipulate and join this Notice of Removal and their stipulation is filed concurrently herewith. Defendants National Union Fire Insurance Company of Pittsburgh, PA, American International Specialty Lines

1  Insurance Company, now known as Chartis Specialty Insurance Company, and New
2  Hampshire Insurance Company are filing a joinder to removal of the action.
3      WHEREFORE, Zurich requests that the above-entitled action be removed
4  from the Superior Court of the State of California in and for the County of Los
5  Angeles to this Court.

7  Dated: 5/3, 2010

    MORALES FIERRO & REEVES

    By: _____
    RAMIRO MORALES, #167947
    ELIZABETH B. CELNIKER, #211652
    Attorneys for Defendant ZURICH
    AMERICAN INSURANCE COMPANY