1  RAMIRO MORALES, # 167947
   rmorales@mfrlegal.com
2  ELIZABETH CELNIKER, #211652
   ecelniker@mfrlegal.com
3  MORALES FIERRO & REEVES
   2300 Contra Costa Blvd., Suite 310
4  Pleasant Hill, CA  94523
   Telephone:  (925) 288-1776
5  Facsimile:  (925) 288-1856

6  Attorneys for Defendant ZURICH
   AMERICAN INSURANCE COMPANY

7

8              UNITED STATES DISTRICT COURT

9     CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11 TAYLOR MORRISON SERVICES,        )  CASE NO.: **CV 10-03334**
   INC., f/k/a Morrison Homes, Inc., a )
12 Delaware corporation,              )  **NOTICE OF PENDENCY OF
                                      )  OTHER ACTIONS OR
13              Plaintiff,            )  PROCEEDINGS**
                                      )  **(Local Rule 83-1.4)**
14         vs.                        )
                                      )
15 ZURICH AMERICAN INSURANCE         )
   COMPANY, a New York corporation;  )
16 THE CONTINENTAL INSURANCE         )
   COMPANY, a Pennsylvania           )
17 corporation; NATIONAL UNION FIRE  )
   INSURANCE COMPANY OF              )
18 PITTSBURGH, PA, a Pennsylvania    )
   corporation; AMERICAN             )
19 INTERNATIONAL SPECIALTY           )
   LINES INSURANCE COMPANY, an       )
20 Illinois corporation; MARKEL       )
   AMERICAN INSURANCE               )
21 COMPANY, a Virginia corporation;  )
   NEW HAMPSHIRE INSURANCE          )
22 COMPANY, a business entity of form )
   unknown; ACE INSURANCE S.A. –     )
23 N.V., a business entity of form    )
   unknown; and DOES 1-20, inclusive, )
24              Defendants.           )

25

26         Pursuant to the Local Rules of the United States District Court for the Central

27 District of California, Local Civil Rule 83-1.4, the undersigned, counsel for record

28 for Defendant ZURICH AMERICAN INSURANCE COMPANY, identifies the

following matters currently pending in other courts that involve all or a material part of the subject matter addressed in the above-referenced action:

1.    *HDI-Gerling America Insurance Company, successor in interest to Gerling America Insurance Company v. Taylor Morrison Services, Inc., f/k/a Morrison Homes, Inc.*, Civil Action No. 1:09-CV-02364-BBM in the United States District Court for the Northern District of Georgia, Atlanta Division.  Complaint filed August 28, 2009.

The parties in the *HDI-Gerling* action are represented by:  Michael P. Bruyere and Ann T. Kirk at Fields, Howell, Athans & McLaughlin LLP, 191 Peachtree Street, NE, Suite 4600, Atlanta, Georgia 30303-1740, telephone (404) 214-1250, representing Plaintiff HDI-Gerling America Insurance Company; and Caroline W. Spangenberg, Julie A. Lierly, and M. Ellen Parker at Kilpatrick Stockton LLP, Suite 2800, 1100 Peachtree Street, Atlanta, Georgia 30309, telephone (404) 815-6500, representing Defendant Taylor Morrison Services, Inc., f/k/a Morrison Homes, Inc.

The *HDI-Gerling* action involves all or a material part of the subject matter of the above-referenced action because it, like this action, is a declaratory relief action seeking a determination of whether coverage exists for the plaintiff in this action, under an insurance policy substantially similar to the policies issued by defendants in this action, for the same underlying lawsuit, *Nicky Rosa, et al. v. Morrison Homes, Inc., et al.*, Case No. 303759 in the Superior Court of California, Stanislaus County, that is the subject of plaintiff's claims in this action.  Moreover, the policy at issue in the *HDI-Gerling* action is the primary level policy that is underlying insurance with respect to one of the policies issued by a defendant in this action.

/ / /
/ / /
/ / /

NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS
(LOCAL RULE 83-1.4)

2.      *National Union Fire Insurance Company of Pittsburgh, PA and Chartis Specialty Insurance Company, f/k/a American International Specialty Lines Insurance Company v. Morrison Homes, Inc.*, Civil Action No. 1:10-CV-0757 in the United States District Court for the Northern District of Georgia, Atlanta Division.

The parties in the *National Union* action are represented by:  John C. Bonnie and Nancy F. Rigby at Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, 950 East Paces Ferry Road, Suite 3000, Atlanta, Georgia  30326, telephone (404) 876-2700, representing Plaintiffs National Union Fire Insurance Company of Pittsburgh, PA and Chartis Specialty Insurance Company, f/k/a American International Specialty Lines Insurance Company; and Caroline W. Spangenberg, Julie A. Lierly, and M. Ellen Parker at Kilpatrick Stockton LLP, Suite 2800, 1100 Peachtree Street, Atlanta, Georgia 30309, telephone (404) 815-6500, representing Defendant Morrison Homes, Inc.

The *National Union* action involves all or a material part of the subject matter of the above-referenced action because it, like this action, is a declaratory relief action involving some of the same parties as this action, seeking a determination of whether coverage exists under several of the same insurance policies as the policies issued by defendants in this action, for the same underlying lawsuit, *Nicky Rosa, et al. v. Morrison Homes, Inc., et al.*, Case No. 303759 in the Superior Court of California, Stanislaus County, that is the subject of plaintiff's claims in this action.

3.      *Markel American Insurance Company and Zurich American Insurance Company v. Taylor Morrison Services, Inc. f/k/a Morrison Homes, Inc.*, Civil Action No. 1:10-CV-0793 in the United States District Court for the Northern District of Georgia, Atlanta Division.

/ / /

1  The parties in the *Markel American* action are represented by:  Michael

2  J. Athans and Matthew A. Barrett at Fields, Howell, Athans & McLaughlin

3  LLP, 191 Peachtree Street, NE, Suite 4600, Atlanta, Georgia  30303,

4  telephone (404) 214-1250, representing Plaintiff Markel American Insurance

5  Company; J. Randolph Evans and J. Stephen Berry at McKenna Long &

6  Aldridge LLP, 303 Peachtree Street, NE, Suite 5300, Atlanta, Georgia 30308-

7  3265, telephone (404) 527-4000, representing Plaintiff Zurich American

8  Insurance Company; and Caroline W. Spangenberg, Julie A. Lierly, and M.

9  Ellen Parker at Kilpatrick Stockton LLP, Suite 2800, 1100 Peachtree Street,

10  Atlanta, Georgia 30309, telephone (404) 815-6500, representing Defendant

11  Morrison Homes, Inc.

12  The *Markel American* action involves all or a material part of the

13  subject matter of the above-referenced action because it, like this action, is a

14  declaratory relief action involving some of the same parties as this action,

15  seeking a determination of whether coverage exists under several of the same

16  insurance policies as the policies issued by defendants in this action, for the

17  same underlying lawsuit, *Nicky Rosa, et al. v. Morrison Homes, Inc., et al.*,

18  Case No. 303759 in the Superior Court of California, Stanislaus County, that

19  is the subject of plaintiff's claims in this action.

20

21  Dated:  5/3 , 2010

22  MORALES FIERRO & REEVES

23

24  By:
    RAMIRO MORALES, #167947

25  ELIZABETH B. CELNIKER, #211652
    Attorneys for Defendant ZURICH

26  AMERICAN INSURANCE COMPANY

27

28

NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS
(LOCAL RULE 83-1.4)