1  RAMIRO MORALES, # 167947
   rmorales@mfrlegal.com
2  ELIZABETH CELNIKER, #211652
   ecelniker@mfrlegal.com
3  MORALES FIERRO & REEVES
   2300 Contra Costa Blvd., Suite 310
4  Pleasant Hill, CA 94523
   Telephone: (925) 288-1776
5  Facsimile:  (925) 288-1856

6  Attorneys for Defendant ZURICH
   AMERICAN INSURANCE COMPANY
7

8                    UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION  CAS/JEM

10                                                     CV 10-03334

11 | TAYLOR MORRISON SERVICES,     ) CASE NO.:
   | INC., f/k/a Morrison Homes, Inc., a )
12 | Delaware corporation,          ) NOTICE OF RELATED CASES
   |                                ) (Local Rule 83-1.3.1)
13 |         Plaintiff,            )
   |                                )
14 |   vs.                         )
   |                                )                BY FAX
15 | ZURICH AMERICAN INSURANCE     )
   | COMPANY, a New York corporation; )
16 | THE CONTINENTAL INSURANCE     )
   | COMPANY, a Pennsylvania       )
17 | corporation; NATIONAL UNION FIRE)
   | INSURANCE COMPANY OF          )
18 | PITTSBURGH, PA, a Pennsylvania )
   | corporation; AMERICAN         )
19 | INTERNATIONAL SPECIALTY       )
   | LINES INSURANCE COMPANY, an   )
20 | Illinois corporation; MARKEL   )
   | AMERICAN INSURANCE            )
21 | COMPANY, a Virginia corporation; )
   | NEW HAMPSHIRE INSURANCE       )
22 | COMPANY, a business entity of form )
   | unknown; ACE INSURANCE S.A. –  )
23 | N.V., a business entity of form   )
   | unknown; and DOES 1-20, inclusive, )
24 |                                )
   |         Defendants.            )
25

26      Pursuant to the Local Rules of the United States District Court for the Central

27 District of California, Local Civil Rule 83-1.3.1, the undersigned, counsel for record

28 for Defendant ZURICH AMERICAN INSURANCE COMPANY, certifies that

- 1 -

NOTICE OF RELATED CASES

1 | there is no case previously filed or currently pending in the Central District of
2 | California that is related to the above-entitled action.

4 | Dated: 5/3, 2010

MORALES FIERRO & REEVES

By: *[signature]*
RAMIRO MORALES, #167947
ELIZABETH B. CELNIKER, #211652
Attorneys for Defendant ZURICH
AMERICAN INSURANCE COMPANY