| | |
|---|---|
| COX, CASTLE & NICHOLSON LLP<br>Jeffrey D. Masters (State Bar No. 94122)<br>John R. Musitano (State Bar No. 192947)<br>Patrick M. McGovern (State Bar No. 208977)<br>2049 Century Park East, 28th Floor<br>Los Angeles, CA  90067-3284<br>Telephone:  (310) 277-4222<br>Facsimile:  (310) 277-7889<br>Email:  jmasters@coxcastle.com;<br>jmusitano@coxcastle.com<br>pmcgovern@coxcastle.com | **JS-6** |

Attorneys for Plaintiff Taylor Morrison Services, Inc., f/k/a Morrison Homes, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TAYLOR MORRISON SERVICES, INC., f/k/a Morrison Homes, Inc., a Delaware corporation,<br><br>                          Plaintiff,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; THE CONTINENTAL INSURANCE COMPANY, a Pennsylvania corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Illinois corporation; MARKEL AMERICAN INSURANCE COMPANY, a Virginia corporation; NEW HAMPSHIRE INSURANCE COMPANY, a Pennsylvania corporation; ACE INSURANCE S.A. – N.V., a company registered under the laws of Belgium; CHARTIS INSURANCE (UK) LIMITED, a company registered under the laws of England; and ACE EUROPEAN GROUP LIMITED, a company registered under the laws of England<br><br>                          Defendants. | CASE NO.  CV 10-03334-CAS-JEM<br><br>Hon. Christina A. Snyder<br><br>**ORDER GRANTING STAY OF THE CASE PENDING APPROVAL IN STATE COURT OF UNDERLYING CLASS ACTION SETTLEMENT** |

## ORDER

The Court has considered the Stipulation executed by Plaintiff Taylor Morrison Services, Inc. f/k/a Morrison Homes, Inc. and Defendants National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), American International Specialty Lines Insurance Company, now known as Chartis Specialty Insurance Company ("Chartis Specialty"), The Continental Insurance Company ("Continental"), Markel American Insurance Company ("Markel") and Zurich American Insurance Company ("Zurich") and hereby grants the parties' request to stay this action for 120 days.

It is therefore ORDERED that this action and all proceedings herein, including all dates under the Federal Rules of Civil Procedure and the Local Rules, are stayed for 120 days from the date of this Order. It is further ORDERED that the August 16, 2010 hearing on National Union and Chartis Specialty's motion to transfer, stay and/or dismiss and Markel's motion to dismiss are vacated. The Court places this action on its inactive caseload. A Joint Status Report shall be filed on or before November 22, 2010, and every quarter thereafter, unless reinstatement of the case on the Court's active caseload.

Dated: July 22, 2010

*Christina A. Snyder*
Judge, United States District Court

- 2 -
[PROPOSED] ORDER GRANTING STAY OF THE CASE
LAW OFFICES OF COX, CASTLE & NICHOLSON LLP
LOS ANGELES, CA
61219\4012033v1